UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PERRY DORTCH,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
------------------------------------------------------------------X

**ORDER**

14-CV-2534 (NGG) (PK)

NICHOLAS G. GARAUFIS, United States District Judge.

On April 21, 2014, Plaintiff initiated this action against Defendant the New York City Department of Education, alleging that Defendant unlawfully retaliated against Plaintiff by removing him from two athletic coaching positions after he complained of a hostile work environment. (Compl. (Dkt. 1).) On July 13, 2015, Defendant moved for summary judgment. (Mot. for Summ. J. (Dkt. 15).) On November 9, 2015, the court referred the motion to Magistrate Judge Peggy Kuo for a Report and Recommendation (R&R) pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b)(1). (Nov. 9, 2015, Order.) On March 23, 2016, Judge Kuo issued an R&R recommending that the court grant Defendant's motion for summary judgment with regard to all of Plaintiff's claims. (R&R (Dkt. 27) at 21.)

No party has objected to Judge Kuo's R&R, and the time to do so has passed. See Fed. R. Civ. P. 72(b)(2). (See also R&R at 21 ("Any objections to this Report and Recommendation must be filed with the Clerk of the Court, . . . by April 6, 2016. Failure to file objections within the specified time waives the right to appeal.").) Therefore, the court reviews the R&R for clear error. See Gesualdi v. Mack Excavation & Trailer Serv., Inc., No. 09-CV-2502 (KAM) (JO), 2010 WL 985294, at *1 (E.D.N.Y. Mar. 15, 2010); La Torres v. Walker, 216 F. Supp. 2d 157, 159 (S.D.N.Y. 2000); cf. 28 U.S.C. § 636(b)(1). The court reviewed the well-

1

reasoned R&R and found no errors; thus, the court ADOPTS the R&R in full.  Accordingly, the

Clerk of Court is respectfully directed to enter judgment for Defendant and close the case.

SO ORDERED.

Dated: Brooklyn, New York  
      May **3**, 2016

s/Nicholas G. Garaufis  
NICHOLAS G. GARAUFIS  
United States District Judge